**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

YANIRA CASTANEDA, as personal
representative of Estate of
Francisco Castaneda; VANESSA
CASTANEDA, as heir and beneficiary
of the Estate, by and through her
mother and Guardian Ad Litem
Lucia Pelayo,
          *Plaintiffs-Appellees,*

      v.

UNITED STATES OF AMERICA;
GEORGE MOLINAR, in his individual
capacity; CLAUDIA MAZUR, in her
individual capacity; DANIEL
HUNTING, M.D.; S. PASHA, in
his/her individual capacity; M.
SHERIDAN, in his/her individual
capacity,
          *Defendants,*

      and

CHRIS HENNEFORD, in his individual
capacity; GENE MIGLIACCIO, in his
individual capacity; TIMOTHY
SHACK, M.D., in his individual
capacity; ESTHER HUI, M.D., in her
individual capacity; STEPHEN
GONSALVES, in his individual
capacity,
          *Defendants-Appellants,*

No. 08-55684

D.C. No.
2:07-cv-07241-
DDP-JC
Central District of
California,
Los Angeles

ORDER

On Remand from the United States Supreme Court

Filed July 13, 2010

Before: Stephen Reinhardt, Marsha S. Berzon, and
Milan D. Smith, Jr., Circuit Judges.

_____

**ORDER**

In light of the Supreme Court's decision in *Hui v. Castaneda*, 559 U.S. ___, 130 S.Ct. 1845 (2010), we remand this case to the district court for further proceedings consistent with *Hui*.